1004

JOEL R. SMITH ET AL., *Appellants*, v. PAMELA JANE DRIVER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 04-2-00583-6, Scott R. Sparks, J., entered April 11, 2006. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik, J., and Kato, J. Pro Tem.

[No. 25341-4-III. Division Three. June 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM TROY TOMBLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02187-1, Neal Q. Rielly, J., entered August 30, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 24655-8-III. Division Three. June 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PHILLIP JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00447-0, Harold D. Clarke III, J., entered October 21, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis, J., and Kato, J. Pro Tem.

[No. 24656-6-III. Division Three. June 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PHILLIP JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03728-1, Harold D. Clarke III, J., entered October 19, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis, J., and Kato, J. Pro Tem.